**FOR PUBLICATION IN WEST'S HAWAIʿI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000491
08-JUN-2020
07:49 AM

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʿI

---o0o---

STATE OF HAWAIʿI, Plaintiff-Appellant, v.
TIANA F.M. SAGAPOLUTELE-SILVA, Defendant-Appellee

CAAP-19-0000491

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(HONOLULU DIVISION)
(CASE NO. 1DTA-18-01227)

JUNE 8, 2020

LEONARD, PRESIDING JUDGE, CHAN AND WADSWORTH, JJ.

ORDER OF AMENDMENT
(By: Leonard, J.)

IT IS HEREBY ORDERED that the Opinion filed herein on April 8, 2020, is amended to include additional case citations on page 16.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agency of the amendment.

An Amended Opinion will be filed contemporaneously with this order.

DATED: Honolulu, Hawai'i, June 8, 2020.

/s/ Katherine G. Leonard
Associate Judge